O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY WANG,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS, Warden,<br><br>　　　　　Respondent. | Case No. 2:15-CV-09883-JGB (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all relevant records herein, and the attached Report and Recommendation of the U.S. Magistrate Judge. The time for filing objections has passed, and no objections have been filed. The Court accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

　　　THEREFORE, the Petition is DENIED, and Judgment shall be entered dismissing this action with prejudice. FURTHERMORE, a Certificate of Appealability is DENIED because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

DATED: April 26, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE