JS-6
o

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY WANG, | Case No. 2:15-CV-09883-JGB (SK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RONALD DAVIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: April 26, 2018

HON. JESUS G. BERNAL
U.S. DISTRICT JUDGE